Court, Appellate Division, Second Department. May 9, 1913.) Action by the Westchester Trust Company, as executor, etc., against Helen W. Condon and others.

PER CURIAM. Motion denied, without costs, without prejudice to an application by the guardian ad litem to amend the notice of appeal. The court will entertain an application for advancement of the argument of the appeal, if deemed proper by the parties.

WESTER et al. v. CASEIN CO. of AMERICA. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by Juan E. Wester and others against the Casein Company of America. No opinion. Motion granted. Settle order on notice. See memorandum per curiam. See, also, 154 App. Div. 937, 139 N. Y. Supp. 1149.

WHITMORE, Respondent, v. NEW YORK INTERURBAN WATER CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 28, 1913.) Action by David L. Whitmore, etc., against the New York Interurban Water Company.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Without passing upon the merits of the controversy, in view of the defendant's statement that it does not intend to cut off the water for failure to pay the higher rates until its right to do so is determined, it seems best to continue the temporary injunction until the trial of the action. Reargument denied 141 N. Y. Supp. 1151.

WHITMORE, Respondent, v. NEW YORK INTERURBAN WATER CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 11, 1913.) Action by David L. Whitmore, etc., against the New York Interurban Water Company. No opinion. Motion for reargument (of 141 N. Y. Supp. 1151) denied, with $10 costs.

WHITNEY, Appellant, v. CENTRAL NEW YORK GAS & ELECTRIC CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 21, 1913.) Action by Alma Whitney against the Central New York Gas & Electric Company. No opinion. Judgment affirmed, with costs.

WILBUR, Respondent, v. BRESEE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. April 30, 1913.) Action by George A. Wilbur against Stephen K. Bresee and another. No opinion. Judgment affirmed, with costs.

WILLIAMS v. BILLINGTON. (Supreme Court, Appellate Division, First Department. April 25, 1913.) Action by Justus N. Williams against Reno R. Billington. No opinion. Motion denied, without costs, without prejudice to an application at Special Term on notice to reinstate injunction and to reappoint receiver. Settle order on notice. See, also, 154 App. Div. 941, 139 N. Y. Supp. 1150.

WILSON, Appellant, v. EMANUEL et al., Respondents. (Supreme Court, Appellate Division, First Department. March 28, 1913.) Action by Henry F. Wilson, Jr., against Henry Emanuel and others. J. M. Hartfield, of New York City, for appellant. B. N. Cardozo, of New York City, for respondents.

PER CURIAM. Judgment affirmed, with costs. Order filed.

CLARKE and SCOTT, JJ., dissent.

ZEICHNER, Appellant, v. KATZ et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 16, 1913.) Action by Isaac Zeichner against Isaac Katz and others. No opinion. Judgment reversed, and new trial granted, costs to abide the event, on the ground that the complaint stated a good cause of action.